UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PERRONE LEATHER, LLC d/b/a
PERRONE AEROSPACE

                        Plaintiff,                    **NOTICE OF APPEAL**

vs.                                                            Case No.
                                                              16-cv-00589
                                                              BKS - ATB

SELECTIVE WAY INSURANCE COMPANY,
.

                        Defendant
_____

NOTICE is hereby given that the Defendant, Selective Way Insurance Company, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 9th day of March, 2018, a copy of which is annexed hereto.

Dated:      Buffalo, New York
              April 9, 2018                    HURWITZ & FINE, P.C.

                                                By   /s/Steven E. Peiper
                                                     Steven E. Peiper, Esq.
                                                *Attorneys for Defendant,*
                                                *SELECTIVE WAY INSURANCE CO.*
                                                1300 Liberty Building
                                                Buffalo, New York 14202
                                                (716) 849-8900

TO:    FRIEDMAN, HIRSCHEN & MILLER
           Jeanne Gonsalves Lloyd, Esq.
           *Attorneys for Plaintiff*
           *PERRONE LEATHER, LLC d/b/a PERRONE AEROSPACE*
           100 Great Oaks Blvd, Suite 124
           P.O. Box 38279
           Albany, New York 12203

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PERRONE LEATHER, LLC,**
*doing business as Perrone Aerospace*,

        Plaintiff,

vs.           CASE NUMBER: 6:16-CV-0589 (BKS/ATB)

**SELECTIVE WAY INSURANCE COMPANY,**

        Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff is awarded judgment against Defendant in the amount of $197,100.05 plus interest at the statutory rate of 9% per annum from October 6, 2015, in accordance with the Order of the Honorable Brenda K. Sannes dated March 9, 2018.

Dated:  March 9, 2018

                                              Clerk of Court

                                              Renata Hohl
                                              Deputy Clerk